UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                 CASE NO. 05 B 06162
PAUL F BRAUN

                                         CHAPTER 13

                                         JUDGE: JOHN H SQUIRES

       Debtor
SSN XXX-XX-0563

---

TRUSTEE'S FINAL REPORT AND ACCOUNT

---

    Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 02/23/05 and confirmed on 04/22/05.

2. The plan is paid in full.

3. The Debtor paid a total of $ 14572.61 .

4. The Trustee made disbursements to creditors as follows:

---

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| HINSDALE BANK & TRUST | SECURED | 7082.48 | 891.57 | 7082.48 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 4460.79 | .00 | 4460.79 |
| HSBC | UNSECURED | NOT FILED | .00 | .00 |

Summary of disbursements:

---

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 7082.48 | .00 | 4460.79 | .00 | 11543.27 |
| PRINCIPAL PAID | 7082.48 | .00 | 4460.79 | .00 | 11543.27 |
| INTEREST PAID | 891.57 | .00 | .00 | .00 | 891.57 |
| TOTAL PAID | 7974.05 | .00 | 4460.79 | .00 | 12434.84 |

The Debtor's attorney, R DANIEL LYONS & ASSOC     , was allowed $ 1450.00 and was paid $ 1450.00 .

The Trustee received $ 554.54 .

Refunds to the Debtor totaled $ 133.23 .

    Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 11/15/07                      /S/
                                 GLENN STEARNS
                                 CHAPTER 13 TRUSTEE

```
                              PAGE   2
    CASE NO. 05 B 06162 PAUL F BRAUN
```